```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, *on behalf of herself and all other persons similarly situated*,

                                Plaintiff,

                v.

THE ULTIMATE FOOT STORE.,

                                Defendant.

20-CV-10329 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       On December 8, 2020, Plaintiff Jenisa Angeles brought this action alleging violations of the Americans with Disabilities Act. On December 9, 2020, the Court ordered the parties to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter within forty-five days of the service of the summons and complaint.

       Plaintiff has not since filed proof of service on the docket, nor has the Court received any response from the parties. No later than February 22, 2021, Plaintiff shall file a letter updating the Court on the status of this case. If, however, Plaintiff does not respond to this Order, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 8, 2021
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge