UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC-SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 2/23/2021 |

JENISA ANGELES, *on behalf of herself and all other persons similarly situated*,

                Plaintiff,

v.

THE ULTIMATE FOOT STORE,

                Defendant.

20-CV-10329 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On December 8, 2020, Plaintiff Jenisa Angeles brought this action alleging violations of the Americans with Disabilities Act ("ADA"). On December 14, 2020, the Court ordered the parties to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter within forty-five days of the service of the summons and complaint.

    Having not heard from either party by February 8, 2021, the Court ordered Plaintiff to file a letter updating the Court on the status of this case by February 22, 2021. Plaintiff failed to respond to that order. No later than March 9, 2021, Plaintiff shall file a letter updating the Court on the status of this case. **If Plaintiff does not respond to this Order, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

SO ORDERED.

Dated:    February 23, 2021
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge